**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                  Case No.:  17−29980−ABA
                  Chapter:  13
                  Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allison M. Chiera
   77 Swainton−Goshin Road
   Cape May Court House, NJ 08210

Social Security No.:
   xxx−xx−1392

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/23/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 23, 2018
JAN: bc

                                                                                              Jeanne Naughton
                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Allison M. Chiera  
    Debtor

Case No. 17-29980-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 23, 2018  
                Form ID: 148    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.
```
db             +Allison M. Chiera,   77 Swainton-Goshin Road,   Cape May Court House, NJ 08210-1456
517100292      +M&T Bank Mortgage/Lakeview,   PO Box 900,   Millsboro, DE 19966-0900
517100293      +US Dept of Education,   MOHELA,   633 Spirit Drive,   Chesterfield, MO 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2018 23:27:22     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2018 23:27:20      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517129575      +EDI: DISCOVERSL.COM Aug 24 2018 03:04:00      Discover Student Loans,   PO Box 30925,
                 Salt Lake City, UT 84130-0925
517100291      +EDI: DISCOVERSL.COM Aug 24 2018 03:04:00      Discover Student Loans,   PO Box 30948,
                 Salt Lake City, UT 84130-0948
517283456       E-mail/Text: camanagement@mtb.com Aug 23 2018 23:27:04      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,   P.O. Box 1288,   Buffalo, NY 14240-1288
517278943       EDI: PRA.COM Aug 24 2018 03:03:00      Portfolio Recovery Associates, LLC,
                 c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
517100294      +EDI: SEARS.COM Aug 24 2018 03:04:00      Sears,   PO Box 6283,   Sioux Falls, SD 57117-6283
                                                                                             TOTAL: 7
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:
```
          Brian S. Thomas    on behalf of Debtor Allison M. Chiera brian@brianthomaslaw.com
          Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```